IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEVIN STEWART McMAHAN<br><br>Plaintiff,<br><br>v.<br><br>NATE E. HUDSON, UNITED STATES PROBATION OFFICER<br><br>Defendant. | Case No. 1:11-CV-523-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

**MEMORANDUM DECISION**

Plaintiff McMahan seeks an injunction preventing the U.S. Probation Office from placing him on home confinement between 5 p.m. and 10 p.m. on Halloween night. McMahan is currently on probation after pleading guilty to a charge of possession of child pornography in violation of 18 U.S.C. § 2252A. Standard Condition No. 3 of his probation requires him to "follow the instructions of the probation officer," and Special Condition No 3 restricts him "from contact with individuals who are under the age of 18 years without adult supervision."

Under these circumstances, the home confinement of McMahan on Halloween night is a reasonable restriction consistent with the conditions of his probation. The motion for injunction will therefore be denied.

**ORDER**

In accordance with the Memorandum Decision above,

**Memorandum Decision & Order - 1**

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for injunction (docket no. 3) is DENIED.



DATED:  **October 31, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court

**Memorandum Decision & Order - 2**